# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC PETERS,<br>Petitioner<br>v.<br>STEWART SHERMAN, Warden,<br>Respondent. | Case No. EDCV 19-1016-PA (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Summarily Dismissing Petition; and Denying a Certificate of Appealability,

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

DATE: June 11, 2019

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE